BLANK ROME, LLP
Attorneys for Plaintiff
SCHINOUSA SHIPPING COMPANY LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHINOUSA SHIPPING COMPANY LTD., <br><br> Plaintiff, <br><br> -against- <br><br> STAR TANKERS INC. <br><br> Defendants. | 07 Civ. <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff SCHINOUSA SHIPPING COMPANY LTD. certifies that, according to information provided to counsel by its clients, SCHINOUSA SHIPPING COMPANY LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
         May 17, 2007

                                                  BLANK ROME, LLP
                                                  Attorneys for Plaintiff
                                                  SCHINOUSA SHIPPING COMPANY LTD.

                                                  By _____
                                                     Jack A. Greenbaum (JG 0039)
                                                  The Chrysler Building
                                                  405 Lexington Ave.
                                                  New York, NY 10174-0208
                                                  (212) 885-5000

BLANK ROME, LLP
Attorneys for Plaintiff
SCHINOUSA SHIPPING COMPANY LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHINOUSA SHIPPING COMPANY LTD.,

    Plaintiff,

-against-

STAR TANKERS INC.

    Defendants.

07 Civ. 3887 (SHS)

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff SCHINOUSA SHIPPING COMPANY LTD. certifies that, according to information provided to counsel by its clients, SCHINOUSA SHIPPING COMPANY LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
              May 17, 2007

                                          BLANK ROME, LLP
                                          Attorneys for Plaintiff
                                          SCHINOUSA SHIPPING COMPANY LTD.

                                          By _____
                                              Jack A. Greenbaum (JG 0039)
                                          The Chrysler Building
                                          405 Lexington Ave.
                                          New York, NY 10174-0208
                                          (212) 885-5000