STEIN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

BLANK ROME, LLP
Attorneys for Plaintiff
SCHINOUSA SHIPPING COMPANY LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHINOUSA SHIPPING COMPANY LTD.,

    Plaintiff,

-against-

STAR TANKERS INC.

    Defendants.

07 Civ. 3887 (SHS)

**CONSENT ORDER VACATING ATTACHMENT AND DISMISSING ACTION**

---

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, on May 17, 2007, this Court issued an Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment against the property belonging to defendant, Star Tankers Inc., under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Supplemental Process of Maritime Attachment and Garnishment issued in this action be and is hereby vacated.

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
           July /7, 2007

_____
SIDNEY H. STEIN
United States District Judge

Entry of the above order is consented to:

BLANK ROME, LLP
Attorneys for Plaintiff
SCHINOUSA SHIPPING COMPANY LTD.

By _____
   Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

2